**CARLSON & MESSER LLP**
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
 5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
Attorneys for Defendant,
TORRES CREDIT SERVICES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMES GUSMAN, individually and on behalf of all others similarly situated,

                    Plaintiff,

v.

TORRES CREDIT SERVICES, INC.,

                    Defendants.

Case No. 2:16-cv-00256-DSF-AFM

**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(II)**

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

     PLEASE TAKE NOTICE that Plaintiff JAMES GUSMAN ("Plaintiff"), through his counsel of record, Adrian R. Bacon of the Law Offices of Todd M. Friedman, P.C., and Defendant TORRES CREDIT SERVICES, INC., ("Defendant"), through their counsel of record, David J. Kaminski of Carlson & Messer LLP, hereby file this Stipulation to Dismiss the action of Plaintiff JAMES

GUSMAN with prejudice and to dismiss without prejudice, the class action claims asserted in the lawsuit pursuant to FRCP 41(a)(1)(A)(ii).

Each party to bear their own costs and expenses.

IT IS SO STIPULATED.

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

Dated:  July 14, 2016            s/Adrian R. Bacon
                                 Todd M. Friedman
                                 Adrian R. Bacon
                                 *Attorneys for Plaintiff,*
                                 *JAMES GUSMAN*

**CARLSON & MESSER LLP**

Dated:  July 14, 2016            s/David J. Kaminski
                                 David J. Kaminski
                                 Stephen A. Watkins
                                 *Attorneys for Defendant,*
                                 *TORRES CREDIT SERVICES, INC.*

{00051623;1}

**ATTESTATION AND CERTIFICATE OF SERVICE**

I, David J. Kaminski, am the ECF user whose identification and password are being used to file the Stipulation to Dismiss with Prejudice Pursuant to FRCP 41(a)(1)(a)(ii).  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Stipulation provided their authority and concurrence to file that document.

**CARLSON & MESSER LLP**

Dated:  July 14, 2016

s/David J. Kaminski
David J. Kaminski
Stephen A. Watkins
*Attorneys for Defendant,*
*TORRES CREDIT SERVICES, INC.*

{00051623;1}